Z. Kathryn Branson, Bar No. 11540
kbranson@littler.com
Kelsey E. Stegall, Bar No. 14279
kstegall@littler.com
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

Attorneys for Defendant
COX COMMUNICATIONS LAS VEGAS INC., D/B/A
COX COMMUNICATIONS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VONTESCH L. BARNES,<br><br>    Plaintiff,<br><br> v.<br><br>COX COMMUNICATIONS LAS VEGAS INC., D/B/A COX COMMUNICATIONS, DOES I through X, and ROE CORPORATIONS XI through XX, inclusive,<br><br>    Defendant. | Case No. 2:21-cv-00656-RFB-VCF<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANT TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

  Pursuant to Local Rule IA 6-1 and Local Rule 26-3, Plaintiff Vontesch L. Barnes ("Plaintiff") and Defendant Cox Communications Las Vegas Inc. d/b/a Cox Communications ("Defendant") (collectively the "Parties"), by and through their attorneys of record, hereby stipulate that Defendant has an additional seven (7) days to file its Reply in support of its Motion to Dismiss, (ECF No. 5), which is currently due Wednesday, May 19, 2021. It is hereby stipulated and agreed that Defendant is to file its Reply on or before **May 26, 2021**.

  This extension of time is requested by Defendant's counsel, who requires additional time to prepare this reply.

///

1

This is the first request for such extension of time by Defendant. This request is made in good faith and not for the purpose of delay.

Dated: May 18, 2021

Respectfully submitted,

Respectfully submitted,

/s/ Steven H. Burke, Esq.
STEVEN H. BURKE, ESQ.
LAW OFFICE OF
STEVEN H. BURKE, LLC d.b.a.
THE 808 FIRM

Z. KATHRYN BRANSON, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDLESON

Attorneys for Plaintiff
VONTESCH L. BARNES

Attorneys for Defendant
COX COMMUNICATIONS LAS VEGAS INC.,
d/b/a COX COMMUNICATIONS

**IT IS SO ORDERED:**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 19th day of May, 2021.

4844-2788-8873.1 / 111727-1001