Z. Kathryn Branson, Bar No. 11540
kbranson@littler.com
Kelsey E. Stegall, Bar No. 14279
kstegall@littler.com
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

Attorneys for Defendant
COX COMMUNICATIONS LAS VEGAS INC., D/B/A
COX COMMUNICATIONS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VONTESCH L. BARNES,<br><br>    Plaintiff,<br><br>    v.<br><br>COX COMMUNICATIONS LAS VEGAS INC., D/B/A COX COMMUNICATIONS, DOES I through X, and ROE CORPORATIONS XI through XX, inclusive,<br><br>    Defendant. | Case No. 2:21-cv-00656-RFB-VCF<br><br>**JOINT STATUS REPORT REGARDING DISMISSAL PAPERWORK** |

Plaintiff, VONTESCH L. BARNES and Defendant, COX COMMUNICATIONS LAS VEGAS INC., by and through their respective counsel, submit this Joint Status Report regarding dismissal paperwork:

1.  On July 23, 2021, the parties participated in an Early Neutral Evaluation where a settlement was reached, (ECF No. 19).

2.  A settlement agreement has been provided and is currently being discussed as to additional terms between the parties.

3.  The parties are currently ironing out the final terms of the agreement in anticipation of executing it shortly.

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

1      4.    Because the settlement agreement has not yet been finalized, the parties are hereby requesting an additional thirty (30) days within which to file dismissal paperwork, or another status report regarding settlement.

    IT IS SO STIPULATED.

DATED: August 11, 2021          DATED: August 11, 2021

Respectfully submitted,          Respectfully submitted,

/s/ *Steven H. Burke, Esq.*
STEVEN H. BURKE, ESQ.
LAW OFFICE OF
STEVEN H. BURKE, LLC d.b.a.
THE 808 FIRM

Z. KATHRYN BRANSON, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDLESON

Attorneys for Plaintiff
VONTESCH L. BARNES

Attorneys for Defendant
COX COMMUNICATIONS LAS VEGAS INC.,
d/b/a COX COMMUNICATIONS

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: August 13, 2021

4846-0496-2549.1 / 111727-1001