Z. Kathryn Branson, Bar No. 11540
kbranson@littler.com
Kelsey E. Stegall, Bar No. 14279
kstegall@littler.com
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:        702.862.8811

Attorneys for Defendant
COX COMMUNICATIONS LAS VEGAS INC., D/B/A
COX COMMUNICATIONS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VONTESCH L. BARNES,<br><br>    Plaintiff,<br><br>    v.<br><br>COX COMMUNICATIONS LAS VEGAS INC., D/B/A COX COMMUNICATIONS, DOES I through X, and ROE CORPORATIONS XI through XX, inclusive,<br><br>    Defendant. | Case No. 2:21-cv-00656-VCF<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, VONTESCH L. BARNES and Defendant, COX COMMUNICATIONS LAS VEGAS INC., d/b/a COX COMMUNICATIONS by and through their respective counsel, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

The parties agree that neither party shall be deemed to be a prevailing party in this action and

///

///

///

that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

DATED: September 7, 2021

DATED: September 7, 2021

Respectfully submitted,

Respectfully submitted,

/s/ *Steven H. Burke, Esq.*
STEVEN H. BURKE, ESQ.
LAW OFFICE OF
STEVEN H. BURKE, LLC d.b.a.
THE 808 FIRM

Z. KATHRYN BRANSON, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDLESON

Attorneys for Plaintiff
VONTESCH L. BARNES

Attorneys for Defendant
COX COMMUNICATIONS LAS VEGAS INC., d/b/a COX COMMUNICATIONS

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 5) is DENIED as moot.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 9-9-2021

4816-5435-6980.1 / 111727-1001